# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY T. MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09-CR-2709-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ON JOINT MOTION TO** |
| | ) | **TO CONTINUE MOTION** |
| VILAPHETH HAM PHRAKOUSONH(2), | ) | **HEARING** |
| BOUALIVANH PHRAKOUSONH(3), | ) | |
| KHAPHA PHRAKOUSONH (4), | ) | |
| KINNALON PHRAKOUSONH (5), | ) | |
| NOY BOUCHALEUN(6) | ) | |
| KHAMLA PHOMPHILA (7), | ) | |
| | ) | |
| Defendant. | ) | |

Upon the joint motion of the parties, and good cause having been shown:

**IT IS HEREBY ORDERED** that the hearing on the Motion to Suppress Wiretap Evidence calendared for Monday, May 3, 2010 at 11:00 a.m. be continued to Monday May 17, 2010 at 2:00 p.m.

SO ORDERED.

DATED:  April 29, 2010

_Barry Ted Moskowitz_

Honorable Barry Ted Moskowitz
United States District Judge